IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BMG MUSIC, a New York general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; ATLANTIC RECORDING CORPORATION, a Delaware corporation; CAPITOL RECORDS, LLC, a Delaware limited liability company; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; LAFACE RECORDS LLC, a Delaware limited liability company; LAVA RECORDS LLC, a Delaware limited liability company; MOTOWN RECORD COMPANY, L.P., a California limited partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; and WARNER BROS. RECORDS INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> DOES 1 - 4, <br><br> Defendants. | CIVIL ACTION No._____ |

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiffs, BMG MUSIC; ARISTA RECORDS LLC; ATLANTIC RECORDING

CORPORATION; CAPITOL RECORDS, LLC; ELEKTRA ENTERTAINMENT GROUP INC.;

INTERSCOPE RECORDS; LAFACE RECORDS LLC; LAVA RECORDS LLC; MOTOWN

RECORD COMPANY, L.P.; SONY BMG MUSIC ENTERTAINMENT; UMG

RECORDINGS, INC.; and WARNER BROS. RECORDS INC., by their attorneys, for their

complaint against Defendant 128.175.114.24 2007-10-17 10:48:51 Edt, allege as follows:

## NATURE OF THE ACTION

1.      This is a civil action seeking damages and injunctive relief for copyright infringement under the copyright laws of the United States (17 U.S.C. §101 *et seq.*).

## JURISDICTION AND VENUE

2.      This Court has jurisdiction under 17 U.S.C. § 101 *et seq.*; 28 U.S.C. § 1331 (federal question); and 28 U.S.C. § 1338(a) (copyright).

3.      Venue in this District is proper.  See 28 U.S.C. §§ 1391(b), 1400(a).  Although the true identity of each Defendant is unknown to Plaintiffs at this time, on information and belief, each Defendant may be found in this District and/or a substantial part of the acts of infringement complained of herein occurred in this District.  On information and belief, personal jurisdiction in this District is proper because each Defendant, without consent or permission of the copyright owner, disseminated over the Internet copyrighted works owned and/or controlled by Plaintiffs. On information and belief, such illegal dissemination occurred in every jurisdiction in the United States, including this one.  In addition, each Defendant contracted with an Internet Service Provider ("ISP") found in this District to provide each Defendant with the access to the Internet which facilitated Defendants' infringing activities.

## PARTIES

4.      Plaintiff BMG Music is a general partnership duly organized and existing under the laws of the State of New York, with its principal place of business in the State of New York.

5.      Plaintiff Arista Records LLC is a limited liability company duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

2

6.      Plaintiff Atlantic Recording Corporation is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

7.      Plaintiff Capitol Records, LLC is a limited liability company duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

8.      Plaintiff Elektra Entertainment Group Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

9.      Plaintiff Interscope Records is a California general partnership, with its principal place of business in the State of California.

10.      Plaintiff LaFace Records LLC is a limited liability company duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

11.      Plaintiff Lava Records LLC, a limited liability company, is a joint venture between Atlantic Recording Corporation and Diamond Music LLC, and is duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

12.      Plaintiff Motown Record Company, L.P. is a limited partnership duly organized and existing under the laws of the State of California, with its principal place of business in the State of California.

13.      Plaintiff SONY BMG MUSIC ENTERTAINMENT is a Delaware general partnership, with its principal place of business in the State of New York.

3

14.    Plaintiff UMG Recordings, Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of California.

15.    Plaintiff Warner Bros. Records Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of California.

16.    The true names and capacities of Defendants are unknown to Plaintiffs at this time.  Each Defendant is known to Plaintiffs only by the Internet Protocol ("IP") address assigned to that Defendant by his or her ISP on the date and time of that Defendant's infringing activity. See Exhibit A.  Plaintiffs believe that information obtained in discovery will lead to the identification of each Defendant's true name.

17.    Although Plaintiffs do not know the true names of Defendants, each Defendant is alleged to have committed violations of the same law (e.g., copyright law), by committing the same acts (e.g., the downloading and distribution of copyrighted sound recordings owned by Plaintiffs), and by using the same means (e.g., a file-sharing network) that each Defendant accessed via the same ISP.  Accordingly, Plaintiffs' right to relief arises out of the same series of transactions or occurrences, and there are questions of law or fact common to all Defendants such that joinder is warranted and appropriate here.

## COUNT I
## INFRINGEMENT OF COPYRIGHTS

18.    Plaintiffs incorporate herein by this reference each and every allegation contained in each paragraph above.

19.    Plaintiffs are, and at all relevant times have been, the copyright owners or licensees of exclusive rights under United States copyright law with respect to certain

copyrighted sound recordings, including, but not limited to, all of the copyrighted sound recordings on Exhibit A to this Complaint (collectively, these copyrighted sound recordings shall be identified as the "Copyrighted Recordings"). Each of the Copyrighted Recordings is the subject of a valid Certificate of Copyright Registration issued by the Register of Copyrights to each Plaintiff as specified on each page of Exhibit A.

20.    Among the exclusive rights granted to each Plaintiff under the Copyright Act are the exclusive rights to reproduce the Copyrighted Recordings and to distribute the Copyrighted Recordings to the public.

21.    Plaintiffs are informed and believe that each Defendant, without the permission or consent of Plaintiffs, has continuously used, and continues to use, an online media distribution system to download and/or distribute to the public certain of the Copyrighted Recordings. Exhibit A identifies on a Defendant-by-Defendant basis (one Defendant per page) the IP address with the date and time of capture and a list of copyrighted recordings that each Defendant has, without the permission or consent of Plaintiffs, downloaded and/or distributed to the public. Through his or her continuous and ongoing acts of downloading and/or distributing to the public the Copyrighted Recordings, each Defendant has violated Plaintiffs' exclusive rights of reproduction and distribution. Each Defendant's actions constitute infringement of Plaintiffs' copyrights and/or exclusive rights under copyright. (In addition to the sound recordings listed for each Defendant on Exhibit A, Plaintiffs are informed and believe that each Defendant has, without the permission or consent of Plaintiffs, continuously downloaded and/or distributed to the public additional sound recordings owned by or exclusively licensed to Plaintiffs or Plaintiffs' affiliate record labels, and Plaintiffs believe that such acts of infringement are

ongoing.  Exhibit A includes the currently-known total number of audio files being distributed by each Defendant.)

22.    Plaintiffs have placed proper notices of copyright pursuant to 17 U.S.C. § 401 on each respective album cover of each of the sound recordings identified in Exhibit A.  These notices of copyright appeared on published copies of each of the sound recordings identified in Exhibit A.  These published copies were widely available, and each of the published copies of the sound recordings identified in Exhibit A was accessible by each Defendant.

23.    Plaintiffs are informed and believe that the foregoing acts of infringement have been willful, intentional, and in disregard of and with indifference to the rights of Plaintiffs.

24.    As a result of each Defendant's infringement of Plaintiffs' copyrights and exclusive rights under copyright, Plaintiffs are entitled to statutory damages pursuant to 17 U.S.C. § 504(c) against each Defendant for each infringement by that Defendant of each copyrighted recording.  Plaintiffs further are entitled to their attorneys' fees and costs pursuant to 17 U.S.C. § 505.

25.    The conduct of each Defendant is causing and, unless enjoined and restrained by this Court, will continue to cause Plaintiffs great and irreparable injury that cannot fully be compensated or measured in money.  Plaintiffs have no adequate remedy at law.  Pursuant to 17 U.S.C. §§ 502 and 503, Plaintiffs are entitled to injunctive relief prohibiting each Defendant from further infringing Plaintiffs' copyrights, and ordering that each Defendant destroy all copies of copyrighted sound recordings made in violation of Plaintiffs' exclusive rights.

WHEREFORE, Plaintiffs pray for judgment against each Defendant as follows:

1.    For an injunction providing:

"Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the Copyrighted Recordings and any sound recording, whether now in existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (*i.e.,* download) any of Plaintiffs' Recordings or to distribute (*i.e.,* upload) any of Plaintiffs' Recordings, except pursuant to a lawful license or with the express authority of Plaintiffs.  Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control."

2.     For statutory damages for each infringement of each Copyrighted

Recording pursuant to 17 U.S.C. § 504.

3.     For Plaintiffs' costs in this action.

4.     For Plaintiffs' reasonable attorneys' fees incurred herein.

5.      For such other and further relief as the Court may deem just and proper.

DATED:   June 25, 2008

Robert S. Goldman (DE Bar No. 2508)
Lisa C. McLaughlin (DE Bar No. 3113)
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, Delaware 19806
(New Castle Co.)
Telephone: 302-655-4200
Telecopier: 302-655-4210

Attorneys for Plaintiffs BMG MUSIC;
ARISTA RECORDS LLC; ATLANTIC
RECORDING CORPORATION;
CAPITOL RECORDS, LLC; ELEKTRA
ENTERTAINMENT GROUP INC.;
INTERSCOPE RECORDS; LAFACE
RECORDS LLC; LAVA RECORDS LLC;
MOTOWN RECORD COMPANY, L.P.;
SONY BMG MUSIC ENTERTAINMENT;
UMG RECORDINGS, INC.; and
WARNER BROS. RECORDS INC.

# EXHIBIT A DOE LIST

| Doe # 1 | **IP Address:** 128.175.114.24 2007-10-17 10:48:51 EDT **Case ID: 145221771** |
| Doe # 2 | **IP Address:** 128.175.132.170 2008-02-12 10:56:11 EST **Case ID: 158903085** |
| Doe # 3 | **IP Address:** 128.175.154.28 2007-10-19 09:53:14 EDT **Case ID: 145433585** |
| Doe # 4 | **IP Address:** 128.175.187.76 2007-11-08 16:20:24 EST **Case ID: 147306928** |

**EXHIBIT A**

**IP Address:** 128.175.114.24 2007-10-17 10:48:51 EDT          **CASE ID#** 145221771

**P2P Network:** Gnutella          **Total Audio Files:** 1043

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Tom Petty | I Won't Back Down | Full Moon Fever | 103-541 |
| LaFace Records LLC | Toni Braxton | Un-Break My Heart | Secrets | 233-892 |
| SONY BMG MUSIC ENTERTAINMENT | Jennifer Lopez | Walking on Sunshine | J. Lo | 293-297 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Breakdown | Butterfly | 244-014 |
| UMG Recordings, Inc. | Jadakiss | U Make Me Wanna | Kiss of Death | 356-267 |
| SONY BMG MUSIC ENTERTAINMENT | Omarion | O | O | 371-123 |
| UMG Recordings, Inc. | Weezer | Perfect Situation | Make Believe | 376-565 |
| Arista Records LLC | Ace of Base | All That She Wants | The Sign | 169-749 |
| Warner Bros. Records Inc. | Madonna | Sorry | Confessions on a Dance Floor | 375-278 |

## EXHIBIT A

**IP Address:** 128.175.132.170 2008-02-12 10:56:11 EST          **CASE ID#** 158903085

**P2P Network:** Gnutella          **Total Audio Files:** 149

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Capitol Records, LLC | Technotronic | Move This | Pump Up The Jam | 111-258 |
| Elektra Entertainment Group Inc. | Jason Mraz | You and l Both | Waiting for My Rocket to Come | 357-729 |
| Capitol Records, LLC | Poison | Every rose has its thorn | Open Up & Say....Ahh! | 93-741 |
| Warner Bros. Records Inc. | Faith Hill | Piece Of My Heart | Take Me As I Am | 182-853 |
| Capitol Records, LLC | Everclear | Father of Mine | So Much for the Afterglow | 181-328 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Under the Bridge | Blood Sugar Sex Magik | 135-276 |
| Atlantic Recording Corporation | Lil Kim | Magic Stick | Bella Mafia | 351-071 |
| Motown Record Company, L.P. | Rick James | Super Freak | Street Songs | 25-800 |
| Lava Records LLC | Simple Plan | I'd Do Anything | No Pads, No Helmets…Just Balls | 351-060 |
| Atlantic Recording Corporation | Sean Paul | Shake That Thing | Dutty Rock | 352-634 |

# EXHIBIT A

**IP Address:** 128.175.154.28 2007-10-19 09:53:14 EDT

**CASE ID#** 145433585

**P2P Network:** Gnutella

**Total Audio Files:** 221

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Jewel | Intuition | 304 | 352-635 |
| Capitol Records, LLC | Tina Turner | The Best | Foreign Affair | 107-731 |
| SONY BMG MUSIC ENTERTAINMENT | Heart | Heavy Heart | Passion Works | 50-654 |
| UMG Recordings, Inc. | Rihanna | Rush | Music Of The Sun | 372-611 |
| UMG Recordings, Inc. | Nelly Furtado | Promiscuous | Promiscuous (single) | 391-618 |
| SONY BMG MUSIC ENTERTAINMENT | Ricky Martin | Shake Your Bon-Bon | Ricky Martin | 278-159 |
| Warner Bros. Records Inc. | Seal | Kiss From A Rose | Seal | 194-147 |
| UMG Recordings, Inc. | Afroman | Crazy Rap | The Good Times | 301-429 |
| Capitol Records, LLC | David Bowie | Let's Dance | Let's Dance (single) | 43-560 |
| SONY BMG MUSIC ENTERTAINMENT | Shakira | Underneath Your Clothes | Laundry Service | 306-496 |

# EXHIBIT A

**IP Address:** 128.175.187.76 2007-11-08 16:20:24 EST          **CASE ID#** 147306928

**P2P Network:** Gnutella          **Total Audio Files:** 477

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Train | Train | Train | 298-334 |
| UMG Recordings, Inc. | Jay-Z | 99 Problems | The Black Album | 337-758 |
| Interscope Records | The Wallflowers | 6th Avenue Heartache | Bringing Down The Horse | 221-889 |
| SONY BMG MUSIC ENTERTAINMENT | Incubus | The Warmth | Make Yourself | 278-818 |
| SONY BMG MUSIC ENTERTAINMENT | Beyonce | Crazy in Love | Dangerously in Love | 342-236 |
| UMG Recordings, Inc. | Queens of the Stone Age | Burn the Witch | Lullabies to Paralyze | 370-251 |
| SONY BMG MUSIC ENTERTAINMENT | Sade | By Your Side | Lovers Rock | 298-354 |
| BMG Music | Taj Mahal | Queen Bee | Senor Blues | 188-650 |
| Capitol Records, LLC | Radiohead | Exit Music (For a Film) | OK Computer | 330-613 |
| SONY BMG MUSIC ENTERTAINMENT | Wyclef Jean | Street Jeopardy | Wyclef Jean Presents The Carnival Featuring Refugee Allstars | 251-493 |

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.(SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

BMG MUSIC; ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; CAPITOL RECORDS, LLC; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; LAVA RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; and WARNER BROS. RECORDS INC.

**DEFENDANTS**

DOES 1 - 4

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(b)** County of Residence of First Listed Plaintiff **New York County, NY**
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Robert S. Goldman          Telephone:   302-655-4200
Lisa C. McLaughlin         Facsimile:   302-655-4210
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, Delaware 19806

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)

(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an 'X' in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☒ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 840 Trademark | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW 405(g) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus: | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 535 Death Penalty | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 540 Mandamus & Other | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities- Employment | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities- Other | ☐ 555 Prison Condition | | | ☐ 890 Other Statutory Actions |
| | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 another district (specify)  — Transferred from
- ☐ 6 Multidistrict Litigation
- ☐ 7 District Judge from Magistrate Judgment — Appeal to

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity)

*17 U.S.C. § 501 et seq.*

Brief description of the cause: *copyright infringement*

## VII. REQUESTED IN COMPLAINT

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____ Statutory damages; injunction

CHECK YES only if demanded in complaint
JURY DEMAND:   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY

(See instructions)

JUDGE Kent A. Jordan   DOCKET NUMBER _____

DATE **June 25, 2008**

SIGNATURE OF ATTORNEY OF RECORD *(signature)*

## FOR OFFICE USE ONLY

RECEIPT# _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _0 8 - 3 8 1_

## ACKNOWLEDGMENT
## OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF _____ COPIES OF AO FORM 85.

_6/25/08_
(Date forms issued)

_____
(Signature of Party of their Representative)

_____
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action