AO 121 (6/90)

| TO:<br><br>**Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION  ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>District of Delaware<br>844 N. King Street<br>Wilmington, DE 19801 | |
|---|---|---|
| **DOCKET NO.**   **DATE FILED** | | |

| PLAINTIFF<br>BMG MUSIC; ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; CAPITOL RECORDS, LLC; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; LAVA RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; and WARNER BROS. RECORDS INC. | DEFENDANT<br><br>DOES 1 - 4 |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

# EXHIBIT A

**IP Address:** 128.175.114.24 2007-10-17 10:48:51 EDT        **CASE ID#** 145221771

**P2P Network:** Gnutella                                      **Total Audio Files:** 1043

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Tom Petty | I Won't Back Down | Full Moon Fever | 103-541 |
| LaFace Records LLC | Toni Braxton | Un-Break My Heart | Secrets | 233-892 |
| SONY BMG MUSIC ENTERTAINMENT | Jennifer Lopez | Walking on Sunshine | J. Lo | 293-297 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Breakdown | Butterfly | 244-014 |
| UMG Recordings, Inc. | Jadakiss | U Make Me Wanna | Kiss of Death | 356-267 |
| SONY BMG MUSIC ENTERTAINMENT | Omarion | O | O | 371-123 |
| UMG Recordings, Inc. | Weezer | Perfect Situation | Make Believe | 376-565 |
| Arista Records LLC | Ace of Base | All That She Wants | The Sign | 169-749 |
| Warner Bros. Records Inc. | Madonna | Sorry | Confessions on a Dance Floor | 375-278 |

**EXHIBIT A**

**IP Address:** 128.175.132.170 2008-02-12 10:56:11 EST          **CASE ID#** 158903085

**P2P Network:** Gnutella                                         **Total Audio Files:** 149

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
| --- | --- | --- | --- | --- |
| Capitol Records, LLC | Technotronic | Move This | Pump Up The Jam | 111-258 |
| Elektra Entertainment Group Inc. | Jason Mraz | You and I Both | Waiting for My Rocket to Come | 357-729 |
| Capitol Records, LLC | Poison | Every rose has its thorn | Open Up & Say....Ahh! | 93-741 |
| Warner Bros. Records Inc. | Faith Hill | Piece Of My Heart | Take Me As I Am | 182-853 |
| Capitol Records, LLC | Everclear | Father of Mine | So Much for the Afterglow | 181-328 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Under the Bridge | Blood Sugar Sex Magik | 135-276 |
| Atlantic Recording Corporation | Lil Kim | Magic Stick | Bella Mafia | 351-071 |
| Motown Record Company, L.P. | Rick James | Super Freak | Street Songs | 25-800 |
| Lava Records LLC | Simple Plan | I'd Do Anything | No Pads, No Helmets...Just Balls | 351-060 |
| Atlantic Recording Corporation | Sean Paul | Shake That Thing | Dutty Rock | 352-634 |

**EXHIBIT A**

**IP Address:** 128.175.154.28 2007-10-19 09:53:14 EDT        **CASE ID#** 145433585

**P2P Network:** Gnutella                                      **Total Audio Files:** 221

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Jewel | Intuition | 304 | 352-635 |
| Capitol Records, LLC | Tina Turner | The Best | Foreign Affair | 107-731 |
| SONY BMG MUSIC ENTERTAINMENT | Heart | Heavy Heart | Passion Works | 50-654 |
| UMG Recordings, Inc. | Rihanna | Rush | Music Of The Sun | 372-611 |
| UMG Recordings, Inc. | Nelly Furtado | Promiscuous | Promiscuous (single) | 391-618 |
| SONY BMG MUSIC ENTERTAINMENT | Ricky Martin | Shake Your Bon-Bon | Ricky Martin | 278-159 |
| Warner Bros. Records Inc. | Seal | Kiss From A Rose | Seal | 194-147 |
| UMG Recordings, Inc. | Afroman | Crazy Rap | The Good Times | 301-429 |
| Capitol Records, LLC | David Bowie | Let's Dance | Let's Dance (single) | 43-560 |
| SONY BMG MUSIC ENTERTAINMENT | Shakira | Underneath Your Clothes | Laundry Service | 306-496 |

**EXHIBIT A**

**IP Address:** 128.175.187.76 2007-11-08 16:20:24 EST        **CASE ID#** 147306928

**P2P Network:** Gnutella                                      **Total Audio Files:** 477

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Train | Train | Train | 298-334 |
| UMG Recordings, Inc. | Jay-Z | 99 Problems | The Black Album | 337-758 |
| Interscope Records | The Wallflowers | 6th Avenue Heartache | Bringing Down The Horse | 221-889 |
| SONY BMG MUSIC ENTERTAINMENT | Incubus | The Warmth | Make Yourself | 278-818 |
| SONY BMG MUSIC ENTERTAINMENT | Beyonce | Crazy in Love | Dangerously in Love | 342-236 |
| UMG Recordings, Inc. | Queens of the Stone Age | Burn the Witch | Lullabies to Paralyze | 370-251 |
| SONY BMG MUSIC ENTERTAINMENT | Sade | By Your Side | Lovers Rock | 298-354 |
| BMG Music | Taj Mahal | Queen Bee | Senor Blues | 188-650 |
| Capitol Records, LLC | Radiohead | Exit Music (For a Film) | OK Computer | 330-613 |
| SONY BMG MUSIC ENTERTAINMENT | Wyclef Jean | Street Jeopardy | Wyclef Jean Presents The Carnival Featuring Refugee Allstars | 251-493 |