IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BMG MUSIC, *et al.*,                ) <br><br> Plaintiffs,     ) <br> ) <br> vs.     ) <br> ) <br> DOES 1-4,     ) <br> ) <br> Defendants.     ) <br> ) | CIVIL ACTION No. 1:08-cv-00381-SLR |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs BMG MUSIC, *et al.*, by and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claims against Defendant Does 1-4, each party to bear its/her own fees and costs. The Clerk of Court is respectfully requested to close this case.

DATED:  August 1?, 2008

Robert S. Goldman (DE Bar No. 2508)
Lisa C. McLaughlin (DE Bar No. 3113)
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, Delaware 19806
(New Castle Co.)
Telephone: 302-655-4200
Telecopier: 302-655-4210

Attorneys for Plaintiffs BMG MUSIC;
ARISTA RECORDS LLC; ATLANTIC
RECORDING CORPORATION;
CAPITOL RECORDS, LLC; ELEKTRA
ENTERTAINMENT GROUP INC.;
INTERSCOPE RECORDS; LAFACE
RECORDS LLC; LAVA RECORDS LLC;
MOTOWN RECORD COMPANY, L.P.;
SONY BMG MUSIC ENTERTAINMENT;
UMG RECORDINGS, INC.; and
WARNER BROS. RECORDS INC.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **NOTICE OF DISMISSAL WITHOUT PREJUDICE** has been served using the CM/ECF system, which will send notification of such filing to the following on this 18th day of August, 2008:


[OR]

I hereby certify that a copy of the foregoing **NOTICE OF DISMISSAL WITHOUT PREJUDICE** has been served upon the following non-CM/ECF participants by United States mail, properly addressed and postage prepaid, on this 18th day of August, 2008:

Jazmyn H. Manzouri
1010 Talon Lane
Wilmington, DE 19806

Robert S. Goldman (DE Bar No. 2508)
Lisa C. McLaughlin (DE Bar No. 3113)
PHILLIPS, GOLDMAN & SPENCE, P.A.

3